DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                NO. 12-06-00253-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

EARL
A HARGRAVE AND

GILBERT
M. HARGRAVE,            §          APPEAL FROM THE THIRD

APPELLANTS

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

DAVID
HENDRY, JERRY BAKER AND 

JUNE GREENE, TRUSTEES OF
THE     §          HENDERSON
COUNTY, TEXAS

E.E.
AND E.D. HENDRY LIVING TRUST,          

APPELLEES




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant Gilbert M. Hargrave has filed a motion to
dismiss this appeal.  Attached to his
motion is a copy of an agreement signed by all parties in settlement of all
claims.  A copy of the motion has been
sent to all parties or their attorney of record.  Because Hargrave has met the requirements of
Texas Rule of Appellate Procedure 42.1(1), the motion is granted, and the
appeal is dismissed.

Opinion
delivered January 24, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

(PUBLISH)